UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. BROOKS,<br><br>            Plaintiff,<br><br>       v.<br><br>BANK OF AMERICA,<br><br>            Defendant. | Case No. 23-cv-05042-JST<br><br>**ORDER DISMISSING CASE** |

On October 20, 2023, the Court dismissed Plaintiff LaTonya R. Brooks's complaint under 28 U.S.C. § 1915(e)(2) and granted Brooks 28 days to amend her complaint. ECF No. 13 at 2. That deadline passed on November 17, 2023, and Brooks has not filed an amended complaint. Accordingly, as provided in the Court's prior order, *id.* at 2–3, this case is now dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. This "dismissal 'operates as an adjudication on the merits,' which means that Brooks will not be allowed to pursue the claims raised in this complaint any further." *Id.* at 3 (citation omitted) (quoting Fed. R. Civ. P. 41(b)).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 27, 2023

_____
JON S. TIGAR
United States District Judge